**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

**No. 21-2167**

_____

TRACI M. GUYNUP,

        Plaintiff - Appellant,

    v.

CLARKE COUNTY SHERIFF CHIEF DEPUTY TRAVIS SUMPTION, in his individual capacity,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Thomas T. Cullen, District Judge.  (5:20-cv-00086-TTC-RSB)

_____

Submitted:  January 20, 2022               Decided:  January 24, 2022

_____

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Traci M. Guynup, Appellant Pro Se.  Rosalie Fessier, Brittany Elizabeth Shipley, TIMBERLAKE SMITH, Staunton, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Traci M. Guynup appeals the district court's orders (1) granting summary judgment to Defendant in Guynup's 42 U.S.C. § 1983 action; (2) denying Guynup's motions to reopen case and to recuse the district court judge; (3) denying Guynup's motions to exclude evidence, for sanctions, to disqualify/recuse the district court judge, and for a preliminary injunction; (4) denying Guynup's motion to add defendants; and (5) denying Guynup's motion for sanctions. Limiting our review of the record to the issues raised in the informal brief, we find no reversible error. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's orders. *Guynup v. Sumption*, No. 5:20-cv-00086-TTC-RSB (W.D. Va. Sept. 23, 2021; Sept. 24, 2021; Sept. 27, 2021; Oct. 1, 2021; Oct. 14, 2021). We deny Guynup's motion to expedite as moot, and we deny Guynup's motions to reopen, to remand, to disqualify/recuse the district court judge, to compel, and all other pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*